## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Julien Garcon, #72742-004, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 6:15-1480-RMG |
| | ) | |
| Warden Cruz, et al., | ) | |
| | ) | |
| Defendants. | ) | **ORDER** |
| | ) | |
| | ) | |

This matter comes before the Court on Plaintiff's motion to dismiss without prejudice. (Dkt. No. 11). At the time of this motion, the Magistrate Judge had issued an order to Plaintiff to bring his complaint into proper form and, as a consequence, the complaint had not yet been served. (Dkt. No. 7). The Magistrate Judge issued a Report and Recommendation ("R & R") on April 28, 2015 recommending that the Plaintiff's motion be granted. (Dkt. No. 14). The Court finds that the Magistrate Judge ably addressed the relevant facts and law and properly recommended that the action be dismissed without prejudice. Therefore, the Court adopts the R & R (Dkt. No. 14) as the order of the Court. This action is hereby dismissed without prejudice.[1]

AND IT IS SO ORDERED.

Richard Mark Gergel
United States District Judge

---

[1] Plaintiff had pending a motion for a temporary restraining order. (Dkt. No. 2). That motion and the related R & R (Dkt. No. 8) are rendered moot by the Court's dismissal of this action.

-1-

April 30, 2015
Charleston, South Carolina